**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1819**

_____

In re:  DENNIS JAMES JOHNSON,

          Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Northern District of West Virginia, at Martinsburg.  (3:23-cv-00110-GMG)

_____

Submitted:  October 22, 2024                    Decided:  October 24, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Dennis James Johnson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis James Johnson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. And to the extent Johnson seeks an order directing specific action from the district court, our review of the record leads us to conclude that Johnson has "other adequate means to attain the relief [he] desires." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (internal quotation marks omitted). Accordingly, we deny Johnson's motion for judicial notice and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*